1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ARNULFO CHAVARIN,                        No.  2:19-cv-01521-TLN-KJN

12                   Petitioner,

13        v.                                  **ORDER**

14   DAVID HOLBROOK,

15                   Respondent.

16

17          Petitioner, a state prisoner proceeding *pro se*, filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On April 4, 2022, the magistrate judge filed findings and recommendations herein which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within fourteen days.  (ECF No. 31.)  Neither

23   party filed objections to the findings and recommendations.

24          The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.

26   *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court has

27   reviewed the file and finds the findings and recommendations to be supported by the record and

28   by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations filed April 04, 2022, (ECF No. 31), are adopted.

2.  Petitioner's application for a writ of habeas corpus is DENIED; and

3.  The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

**DATED:  June 13, 2022**

Troy L. Nunley
United States District Judge